## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RAMON RODRIGUEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **7:07CV5001** |
| vs. | ) | |
| | ) | **ORDER** |
| **DUCKWALL-ALCO, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ORDERED** that the parties' Stipulation for Change of Venue [18] is granted.

The trial of this matter will be held in Omaha, Nebraska, as requested.

**DATED May 31, 2007.**

> **BY THE COURT:**
>
> s/ F.A. Gossett
> **United States Magistrate Judge**