IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RAMON RODRIGUEZ, | ) | Case No. 7:07-CV-5001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DUCKWALL-ALCO, INC. | ) | |
| A CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON this 21st day of June, 2007, upon consideration of the Motion to Withdraw filed by Jarrod P. Crouse and Sorensen, Mickey & Hahn, P.C., the Court hereby finds that Jarrod P. Crouse and the law firm of Sorensen, Mickey & Hahn, A Professional Corporation, should be and hereby are allowed to withdraw as attorneys of record for the Plaintiff, Ramon Rodriguez.

DATED this 21st day of June, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge